

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank D. Valli, an individual | Civil Action No.  21CV1390-RBM-BGS |
| Plaintiff, | |
| V. | |
| Alejandro N. Mayorkas, Secretary of the Department of Homeland Security | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion for summary judgment is granted.

Date:  12/15/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Petersen

J. Petersen, Deputy